IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT LANGSTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CALPINE CORPORATION, FRANK CASSIDY, THAD HILL, LAURIE BRLAS, JACK A. FUSCO, MICHAEL W. HOFMANN, DAVID C. MERRITT, W. BENJAMIN MORELAND, ROBERT A. MOSBACHER JR., and DENISE M. O'LEARY,<br><br>Defendants. | Civil Action No. 4:17-cv-03316<br><br>**NOTICE OF DISMISSAL** |

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to the named plaintiff the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: February 6, 2018              Respectfully submitted,

*/s/ Jeffrey W. Chambers*
Jeffrey W. Chambers

**WOLF POPPER LLP**
2929 Allen Parkway, Suite 200
Houston, Texas  77019
Tel: 713-438-5244
Fax: 212-486-2093
jchambers@wolfpopper.com

*Counsel for Plaintiff*

**WOLF POPPER LLP**
Carl L. Stine
Robert S. Plosky
845 Third Avenue
New York, New York 10022
Tel.:  212-759-4600
Fax:  212-486-2093
Email: cstine@wolfpopper.com
         rplosky@wolfpopper.com