United States District Court
Southern District of Texas
**ENTERED**
February 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DWIGHT LANGSTON, § § Plaintiff, § VS. § CIVIL ACTION NO. 4:17-CV-3316 § CALPINE CORPORATION, *et al*, § § Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed on February 6, 2018 (Doc. 3 ), this case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this 9th day of February, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE